# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARC ANTWAIN X. RIVERS, SR., :
MUHAMMAD, :
 :
 :
Plaintiff, :
v. : 3:17-CV-2415
 : (JUDGE MARIANI)
 :
COREY DUMONT AND M. RENNICK, :
 :
Defendants. :

## ORDER

AND NOW, THIS 14th DAY OF MARCH, 2019, upon review of Magistrate Judge Mehalchick's Report & Recommendation (Doc. 25), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation (Doc. 25), is **ADOPTED** for the reasons discussed therein.[1]

2. Plaintiff's Motion for Default Judgment (Doc. 15) is **DENIED**.[2]

3. Defendants' Motion to Strike Plaintiff's Motion for Default Judgment (Doc. 20) is **DENIED AS MOOT**.

Robert D. Mariani
United States District Judge

---

[1] The Court notes that Plaintiff appears to have submitted objections (Doc. 28-1) to Magistrate Judge Mehalchick's February 6, 2019 Report and Recommendation (Doc. 26) recommending granting Defendants' motion to dismiss Plaintiff's complaint. These objections were not formally docketed, and they do not appear to object to the Report and Recommendation (Doc. 25) addressed by this Order.

[2] In his Motion for Default Judgment, Plaintiff also asks the Court to "review" his notice of appeal issued in a related state court action. (Doc. 15 at 3). The Report and Recommendation does not address this request, and the Court will decline to do so here. It is uncertain what Plaintiff is asking the Court to "review," and on what basis he is seeking relief.