THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARC ANTWAIN X. RIVERS, SR., :
MUHAMMAD, :
 :
Plaintiff, :
v. : 3:17-CV-2415
 : (JUDGE MARIANI)
COREY DUMONT AND M. RENNICK, :
 :
Defendants. :

## ORDER

AND NOW, THIS 8th DAY OF JULY, 2019, upon review of Magistrate Judge Mehalchick's Report & Recommendation (Doc. 32), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation (Doc. 32), is **ADOPTED** for the reasons discussed therein and for the further reason that the Court, having applied all of the factors enumerated in *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), finds that dismissal is warranted.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge